JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JOSEPH OLIVAREZ,  ) NO. CV 18-5584-KS
        Plaintiff, )
   v. ) JUDGMENT
ANDREW M. SAUL, Commissioner )
of Social Security, )
        Defendant. )
_____ )

Pursuant to the Court's Memorandum Opinion and Order,

IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is reversed, and the above-captioned action is remanded for further proceedings consistent with the provisions of the Memorandum Opinion and Order.

DATE: September 13, 2019

                                _____
                                KAREN L. STEVENSON
                            UNITED STATES MAGISTRATE JUDGE