# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH OLIVAREZ,<br>        Plaintiff,<br>v.<br>ANDREW M. SAUL, Commissioner of Social Security,<br>        Defendant. | NO. CV 18-5584-KS<br><br>ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) |

Based upon the Stipulation for Award of Attorney's Fees Pursuant to EAJA 28 U.S.C. § 2412(d) ("Stipulation"), which was filed on October 23, 2019, IT IS ORDERED that fees in the amount of $4,650.00 as authorized by 28 U.S.C. § 2412(d) shall be awarded, subject to terms of the Stipulation.

DATED: October 24, 2019

_____
KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE

1